UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | **Criminal No. 5:21-CR-65-DCR** |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER A. MAREK, | ) | |
|     Defendant | ) | |

## SENTENCING MEMORANDUM

Defendant Christopher A. Marek, through undersigned counsel, submits this memorandum concerning the advisory sentencing guidelines calculation for his sentencing on May 27, 2022.[1]

**I.  DETERMINING WHICH VERSION OF THE GUIDELINES APPLY.**

The Court must determine which version of the guidelines to apply. Dr. Marek does not object to the Court's use of the November 1, 2018 version. The following Parts address relevant portions of those guidelines.

**II.  DETERMINING THE CHAPTER TWO OFFENSE LEVEL.**

The 2018 Statutory Appendix specifies U.S.S.G. § 2T1.1 as the Chapter Two guideline for 26 U.S.C. § 7201. Section 2T1.1(a) provides that the base offense level for an offense of tax evasion is the offense level listed in the tax table under U.S.S.G. § 2T4.1 for the corresponding amount of "tax loss." U.S.S.G. § 2T1.1(a)(1). The "tax loss" is "the total amount of loss that was the object of the offense (i.e., the loss that would have resulted had the offense been successfully complete.)" U.S.S.G. § 2T1.1(c)(1). Under Section 2T4.1(H), the relevant offense level for a tax loss of more than $250,000 but less than $550,000 is 18.

---

[1] With this memorandum, Dr. Marek is submitting a motion for variance and supporting memorandum.

1

    A.    **Tax Loss.**

The parties agree that the "tax loss" in this case is $283,687, equal to the amount of agreed restitution pursuant to U.S.S.G. § 5E1.1.

    B.    **Calculation of Offense Level.**

Section 2T1.1 and section 2T4.1 provide a base offense level of 18 for a tax loss amount under 26 U.S.C. § 7201 that is more than $250,000, but less than $550,000. Thus, the Chapter Two offense level is 18.

**III.    DETERMINING THE TOTAL OFFENSE LEVEL AND ADVISORY SENTENCING RANGE.**

The presentence report proposes a three-level decrease under section 3E1.1 for acceptance of responsibility and timely providing complete information to the government of his intention to enter a plea of guilty. We agree that this proposed adjustment is appropriate, warranted under the Guidelines, and supported by the evidence.

Dr. Marek has no relevant criminal history points for purposes of calculating the sentence under U.S.S.G. § 5A. Therefore, his criminal history category is Category I.

Offense level 15 (tax loss less than $550,000, no specific offense characteristic, a three-level decrease under Chapter Three, and a Criminal History Category I):  Advisory sentencing range 18 to 24 months.

    Respectfully submitted,

/s/ Robert C. Webb
Robert C. Webb
Frost Brown Todd LLC
400 W. Market Street, Suite 3200
Louisville, KY  40202-3363
Phone:  (502) 589-5400
Fax:     (502) 581-1087
E-mail:  bwebb@fbtlaw.com
***Counsel for Christopher A. Marek***

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

                    By:    /s/ Robert C. Webb
                            ROBERT C. WEBB
                            *Counsel for Christopher A. Marek*